UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUFFA, LLC,

                Plaintiff,

-v-

STEVEN TRIGOBOFF et al.,

                Defendants.

18-CV-12278 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 20, 2020, this case was reassigned to the undersigned from the late Judge Deborah A. Batts. Plaintiff has filed a letter indicating its intention to move for summary judgment and attaching materials to form the basis of discussion at a premotion conference. (Dkt. No. 33.) Pursuant to Rule 3(E)(i) of this Court's Individual Practices in Civil Cases, premotion letters and premotion conferences are not required for motions for summary judgment. Accordingly, the parties are directed to confer and to file a letter on or before March 10, 2020, proposing a briefing schedule for Plaintiff's anticipated motion for summary judgment.

    SO ORDERED.

Dated: February 25, 2020
       New York, New York

                                          J. PAUL OETKEN
                                       United States District Judge